

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/24/2007

THE CITY OF NEW YORK

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

SARAH B. EVANS
*Assistant Corporation Counsel*
Tel.: (212) 788-1041
Fax: (212) 788-9776

September 20, 2007

**VIA FAX (WITH PERMISSION)**
*Fax:* 212-805-6390
Honorable William H. Pauley
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007

Re: <u>Christopher Guerrero v. City of New York, et al.</u>, 07 CV 3941 (WHP)

Your Honor:

   I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department handling the defense of the above-referenced matter on behalf of defendant City of New York. I write with the consent of plaintiff's counsel, Ronald Podolsky, Esq., to respectfully request that the Court adjourn the initial conference currently scheduled for September 21, 2007 at 11:30 a.m. until a later date and time convenient to the Court. Plaintiff's counsel contacted me today to confirm that the initial conference is scheduled for tomorrow; however, because defendant has not yet filed an answer to the complaint and I am not yet listed on the docket sheet, I was unaware that the conference was scheduled for tomorrow. Unfortunately, I will be out of the office tomorrow, as I am leaving town for the Jewish Holidays, and therefore I am unable to attend the initial conference. I apologize to the Court and to plaintiff for any inconvenience this may cause. <u>Accordingly, defendant respectfully requests that the Court adjourn the conference until a later date, convenient to the Court.</u>

   In view of the foregoing, it is respectfully requested that the Court grant the within request. Thank you for your consideration.

Respectfully submitted,



Sarah B. Evans
Assistant Corporation Counsel
Special Federal Litigation Division

*Application granted. The conference is adjourned until October 5, 2007 at 10:30 a.m.*

SO ORDERED:

William H. Pauley III U.S.D.J.
9/20/2007

cc:   Ronald Podolsky, Esq. (By mail and email)
      Attorney for Plaintiff
      400 East 20th Street
      New York, New York 10009
      zubeey@aol.com