USDC SDNY
DOCUMENT
ELECTRONICALLY FILE
DOC #: _____
DATE FILED: __10|9|2007__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                          :
CHRISTOPHER GUERRERO,
                                          :
            Plaintiff,                        07 Civ. 3941 (WHP)
                                          :
        -against-                             SCHEDULING ORDER No. 1
                                          :

THE CITY OF NEW YORK et al.,                  :

            Defendants.                       :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        Counsel for the parties having appeared for an initial pre-trial conference on

October 5, 2007, the following schedule is established on consent:

        (1) Discovery shall be completed by January 18, 2008;

        (2) The parties shall submit a joint pre-trial order in accord with this
            Court's individual practices by February 15, 2008; and

        (3) This Court will hold a final pre-trial conference on February 29, 2008
            at 10:00 a.m.

Dated: October 9, 2007
       New York, New York

                        SO ORDERED:


                        _____
                        WILLIAM H. PAULEY III
                        U.S.D.J.

*Counsel of Record*:

Ronald Podolsky, Esq.
400 E. 20th St.
New York, NY 10009
*Counsel for Plaintiff*

Sarah B. Evans, Esq.
Assistant Corporation Counsel
Special Federal Litigation Division
100 Church Street
New York, NY 10007
*Counsel for Defendant City of New York*