UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

CHRISTOPHER GUERRERO,

              Plaintiff,       07 Civ. 3941 (WHP)

      -against-
                               ORDER OF REFERENCE
THE CITY OF NEW YORK et al.,    TO A MAGISTRATE JUDGE

             Defendants.

------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/2007

        The above entitled action is referred to the Clerk of the Court for assignment to a Magistrate Judge. The purpose(s) for reference is/are the following:

___ General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositve Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

_X_ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions:____

===============================================

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:  October 5, 2007
          New York, New York

                                            UNITED STATES DISTRICT JUDGE
                                            WILLIAM H. PAULEY III

*Counsel of Record*:

Ronald Podolsky, Esq.
400 E. 20th St.
New York, NY 10009
*Counsel for Plaintiff*

Sarah B. Evans, Esq.
Assistant Corporation Counsel
Special Federal Litigation Division
100 Church Street
New York, NY 10007
*Counsel for Defendant City of New York*

Hon. Andrew J. Peck