UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHRISTOPHER GUERRERO,                           :

                Plaintiff,                :    07 Civ. 3941 (WHP) (AJP)

                -against-                :    **ORDER OF DISMISSAL ON CONSENT**

THE CITY OF NEW YORK, et al.,                   :

                Defendants.              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ANDREW J. PECK, United States Magistrate Judge:**

Based on the settlement agreement reached by all parties and transcribed by the court reporter on October 18, 2007, and on the stipulation of the parties pursuant to 28 U.S.C. § 636(c), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs.

SO ORDERED.

DATED:    New York, New York
             October 18, 2007

                                            Andrew J. Peck
                                            United States Magistrate Judge

Copies **by fax & ECF** to:    Ronald Podolsky, Esq.
                                  Sarah Beth Evans, Esq.
                                  Judge William H. Pauley III

C:\ORD\DISMISS